Michael E. SPIESS, Jack K. Hardy and Benjamin F. Rountree, Plaintiffs-Appellees,

v.

C. ITOH & COMPANY (AMERICA) INC., Defendant-Appellant.

No. 79-2382.

United States Court of Appeals, Fifth Circuit.

Unit A

Aug. 7, 1981.

Fulbright & Jaworski, Neil Martin, Nancy Morrison O'Connor, Houston, Tex., for defendant-appellant.

Porter & Clements, Edward John O'Neill, Jr., Charles E. Humphrey, Jr., Houston, Tex., for plaintiffs-appellees.

Lutz Alexander Prager, Marcia Beth Ruskin, E.E.O.C., Washington, D.C., amicus curiae.

Before BROWN, AINSWORTH, CHARLES CLARK, GEE, RUBIN, GARZA, REAVLEY, POLITZ, RANDALL, TATE, SAM D. JOHNSON, and WILLIAMS, Circuit Judges.

BY THE COURT:

A member of this Administrative Unit of the Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in this Administrative Unit in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the cause shall be reheard by this Administrative Unit of the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.